**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Realgy, LLC
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Doug Gugino , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
Realgy, LLC on *(date)* 1·8·2020 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 7.20 for travel and $ 76.80 for services, for a total of $ 80.00 0.00

I declare under penalty of perjury that this information is true.

Date: 1·15·2020

_____
Servers signature

*Lucia O'Toole CT State Marshal*
Printed name and title

*P.O. Box 231 Marlborough, CT*
Servers address   06447

NICKIESHA T GIBSON
NOTARY PUBLIC, STATE OF CONNECTICUT
My Commission Expires May 31, 2024

Additional information regarding attempted service, etc:



