UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALGY, LLC,<br><br>Defendants. | Case No. 3:19-cv-01999-VLB<br><br>Honorable Judge Vanessa L. Bryant |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, Realgy, LLC ("Realgy"), through its undersigned counsel, hereby respectfully moves for a 21-day extension of time, up to and including February 19, 2020 to answer or otherwise respond to Plaintiff's class action complaint. The undersigned was recently retained to file an appearance in this case and is unable to review the file to formulate a response in the limited time allowed before a response is due. Additional time is required to investigate the allegations of the complaint. The undersigned acknowledges that this motion is not timely pursuant to Local Rule 7(b)(3) and apologizes to the Court for the inability to comply with the Rule under the circumstances.

The undersigned has, through referring counsel, inquired of the Plaintiff and reports that the Plaintiff consents to this extension. Therefore, the undersigned respectfully requests the Court grant this Motion and extend Realgy's responsive pleading deadline to February 19, 2020.

DATED:        January 28, 2020.

*/s/Garrett A. Denniston (ct27140)*
Marisa A. Bellair, Esq.
Garrett A. Denniston, Esq.
**Lynch Traub Keefe & Errante**
52 Trumbull Street
New Haven, CT 06510
Email: mbellair@ltke.com
Email: gdenniston@ltke.com
Telephone: (203)787-0275
Fax: (203-401-3343

*Counsel for Defendant Realgy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, I filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

> By:   */s/Garrett A. Denniston (ct27140)*
> Marisa A. Bellair, Esq.
> Garrett A. Denniston, Esq