UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all persons and entities similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REALGY, LLC,<br><br>　　　　　　Defendant. | Case No. 3:19-cv-01999-VLB<br><br>Hon. Vanessa L. Bryant |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A) to the dismissal of the Plaintiff's claims against Realgy, LLC with prejudice.  Each party will bear its own attorney's fees, costs, and expenses related to this action.  No rights of any of the putative class members are impacted through this dismissal.

**DATED: August 3, 2020**

| **Defendant Realgy, LLC** | **Plaintiff James Everett Shelton** |
|---|---|
| */s/ Ryan D. Watstein*<br>Ryan D. Watstein (*pro hac vice*)<br>GA Bar No. 266019<br>rwatstein@kcozlaw.com<br>Matthew A. Keilson (*pro hac vice*)<br>GA Bar No. 216676<br>mkeilson@kcozlaw.com<br><br>**KABAT CHAPMAN & OZMER LLP**<br>171 17th Street NW, Suite 1550<br>Atlanta, Georgia 30363<br>Telephone: (404) 400-7300<br>Fax: (404) 400-7333 | /s/ *Anthony Paronich*<br>Paronich Law, P.C.<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com |

and

**Lynch Traub Keefe & Errante**

**Marisa A. Bellair, Esq.**
**Garrett A. Denniston, Esq.**
**52 Trumbull Street**
**New Haven, CT 06510**
**Email: mbellair@ltke.com**
**Email: gdenniston@ltke.com**
**Telephone: (203)787-0275**
**Fax: (203)-401-3343**

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel and parties of record.

/s/ *Anthony Paronich*